IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-10-00020-CR

 

Roderick Johnson,

                                                                                    Appellant

 v.

 

The State of Texas,

                                                                                    Appellee

 

 

 



From the 40th District
Court

Ellis County, Texas

Trial Court No. 31680CR

 



MEMORANDUM  Opinion



 








Roderick Johnson seeks to appeal the
revocation of his community supervision for burglary of a habitation.  The
trial court’s certification of the defendant’s right to appeal states that “the
defendant has waived the right of appeal.”  See Tex. R. App. P. 25.2(d).  Based on this certification, the
Clerk of this Court notified the parties that this appeal may be dismissed if
no response was filed showing grounds for continuing the appeal.  Additionally,
the clerk’s record contains a written waiver of appeal signed by Johnson and
his trial attorney and an order signed by the trial court “granting” the waiver
of appeal.

No response has been filed to the
Clerk’s notice.  There is nothing in the record to suggest that Johnson’s
waiver of appeal is invalid.  See Ogden v. State, 134 S.W.3d 487, 487 (Tex.
App.—Waco 2004, no pet.) (per curiam).  Accordingly, we dismiss the appeal.

 

FELIPE REYNA

Justice

Before Chief
Justice Gray,

Justice
Reyna, and

Justice
Davis

Appeal
dismissed

Opinion
delivered and filed March 24, 2010

Do not publish

[CR25]